**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 21-cv-02145-CMA-KAS

WELL MASTER CORPORATION,
a Colorado Corporation,

    Plaintiff,

    v.

FLOWCO PRODUCTION SOLUTIONS, LLC
a Texas Limited Liability Company,

    Defendant.

---

**EXHIBIT D TO**

**DEFENDANT'S MOTION FOR SANCTIONS
FOR VIOLATION OF PROTECTIVE ORDER**

---

**Fisher Broyles**

Frank C. Porada
Partner
frank.porada@fisherbroyles.com
Direct: 303-808-4706
1400 16th Street, Suite 400
Denver, Colorado 80202
www.FisherBroyles.com

August 17, 2023

**VIA ELECTRONIC MAIL**

Benjamin B. Lieb, Esq.
TALUS LAW GROUP LLC
2816 South Adams Street
Denver, Colorado 80210
ben@taluslaw.com

    Re:    **Well Master Corporation v. Flowco Production Solutions, LLC**
                **USDC, District of Colorado, Case No. 21cv2145-CMA-KAS**

Dear Ben:

It has come to my attention that Well Master has been writing to customers of Flowco which were identified in Flowco's December 28, 2022 discovery made available as the result of the Court's December 8, 2022 Order (ECF # 111).

You may recall that to obtain the December 8, 2022 Order, you represented to the Court:

> Contrary to Defendant's assertions nowhere in his declaration does Mr. Marino state or suggest that Well Master knows the customers who have purchased and used Defendant's accused plungers.  That information *is only known to Defendant.*

ECF # 110, at 2 (emphasis supplied).  The Court accepted your representation and relied upon it.  ECF # 111, at 4, n.2.  As a result, the Court ordered Flowco to provide to Well Master a list of its top ten customers, and, among other things, the business name, contact information and address of those customers.

Flowco provided that information to you on December 28, 2022.  The information provided was designated as Attorneys Eyes Only under the Protective Order that was agreed by the parties and entered as an Order of the Court.  ECF # 41.

# Fisher Broyles

Given that the customers who had purchased and used Flowco's accused plungers were *only known to Defendant* prior to the AEO disclosures made on December 28, 2022, it is difficult for me to understand how such customers could have received correspondence from Well Master without a violation of the Protective Order.  Accordingly, we need to consider a motion for sanctions.  Before filing such a motion, we request a meet and confer conference with you forthwith, as the matter is both serious and urgent.

Please let me know when you are available to discuss the above.

Very truly yours,

**FISHERBROYLES, LLP**

*FRANK PORADA*

FRANK C. PORADA