**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 21-cv-02145-CMA-KAS

WELL MASTER CORPORATION,
a Colorado Corporation,

    Plaintiff,

    v.

FLOWCO PRODUCTION SOLUTIONS, LLC
a Texas Limited Liability Company,

    Defendant.

---

**EXHIBIT E TO**

**DEFENDANT'S MOTION FOR SANCTIONS
FOR VIOLATION OF PROTECTIVE ORDER**

---

**Frank Porada**

| | |
|---|---|
| **From:** | Ben Lieb <ben@taluslaw.com> |
| **Sent:** | Friday, August 25, 2023 8:48 AM |
| **To:** | Adam Yowell |
| **Cc:** | Frank Porada |
| **Subject:** | Re: Well Master Corporation v. Flowco Production Solutions, LLC, USDC, District of Colorado, Case No. 21cv2145-CMA-KAS |

Adam,

Your email over simplifies what I said regarding the subpoenas and preservation letters. My point overall was that Flowco did not provide fair notice that it considered the mere identity of the ten customers to be designated confidential attorney's eyes only information. Flowco had already admitted that Well Master knew the names of Flowco's customers and all of those customers are also Well Master customers. I do not agree that Flowco properly designated the names of these ten customers as confidential attorney's eyes only information. But it is true that Well Master was provided with copies of the subpoenas and preservation letters.

Thanks

Benjamin B. Lieb
TALUS LAW GROUP LLC
Intellectual Property Counselors
303.246.4767
www.taluslaw.com

On Aug 24, 2023, at 8:30 PM, Adam Yowell <Adam.Yowell@FisherBroyles.com> wrote:

Ben,

I wanted to recap our discussion from today. Regarding our August 17 letter, we discussed the information that was provided to your client and letters that were sent to Flowco customers. You stated that you sent preservation letters to all ten of the customers Flowco identified in the special discovery ordered by the Court, which was marked AEO under the protective order. You further stated that Well Master was provided with copies of all of those preservation letters, as well as the three deposition subpoenas. Based on this, we will proceed with filing a motion for sanctions, which Well Master opposes.

1

On the topic of the supplemental response to your reply, Doc. # 152, we agreed to share a draft of the supplemental response we intend to file. The parties will then try to agree on a joint response that includes both parties' positions.

Adam

**Adam Yowell**
Partner

_____

**FisherBroyles, LLP**
530 Lytton Avenue, Second Floor | Palo Alto, CA 94301 | USA
direct: +1.775.230.7364
adam.yowell@fisherbroyles.com

www.fisherbroyles.com

---

**From:** Ben Lieb <ben@taluslaw.com>
**Sent:** Tuesday, August 22, 2023 2:35 PM
**To:** Adam Yowell <Adam.Yowell@FisherBroyles.com>
**Cc:** Frank Porada <frank.porada@FisherBroyles.com>
**Subject:** Re: Well Master Corporation v. Flowco Production Solutions, LLC, USDC, District of Colorado, Case No. 21cv2145-CMA-KAS

If you can't wait until next week, I have a 20 minute window at 5:30 on Thursday.

Benjamin B. Lieb
TALUS LAW GROUP LLC
303.246.4767
www.taluslaw.com


> On Aug 22, 2023, at 9:12 AM, Adam Yowell <Adam.Yowell@fisherbroyles.com> wrote:
>
> Ben,
>
> The conferral is regarding what certainly appears to be a protective order violation that involves a competitor gaining access to our trade secret material. It is unreasonable for you to refuse to meet and confer for 15 days. You gave two windows, I accepted both, and now you have retracted both. Provide a time this week that you can meet and confer.
>
> On another issue, your reply ISO motion to exclude introduces new arguments not in your original motion. In particularly, you argue for the first time that we were required to file a motion for leave to amend our invalidity contentions. As you know, you did not file any such motion when you supplemented your infringement contentions. We wish to confer about a motion to strike or alternatively a motion for supplemental response to address this point. In view of your scheduling concerns, this matter can be discussed on a different call at a later time.

Adam

**Adam Yowell**
Partner

_____

**FisherBroyles, LLP**
530 Lytton Avenue, Second Floor | Palo Alto, CA 94301 | USA
direct: +1.775.230.7364
adam.yowell@fisherbroyles.com

www.fisherbroyles.com

**From:** Ben Lieb <ben@taluslaw.com>
**Sent:** Tuesday, August 22, 2023 7:54 AM
**To:** Adam Yowell <Adam.Yowell@FisherBroyles.com>
**Cc:** Frank Porada <frank.porada@FisherBroyles.com>
**Subject:** Re: Well Master Corporation v. Flowco Production Solutions, LLC, USDC, District of Colorado, Case No. 21cv2145-CMA-KAS

This Thursday no longer works for my schedule in view of the new deadline to respond to the partial motion to dismiss. I am wide open on August 31 if you want to propose a time for that day.

Thanks

Benjamin B. Lieb
TALUS LAW GROUP LLC
303.246.4767
www.taluslaw.com


> On Aug 18, 2023, at 4:15 PM, Adam Yowell <Adam.Yowell@fisherbroyles.com> wrote:
>
> Thursday at 1 works. Please confirm that still works for you and I'll update the previous invite.
>
> **From:** Ben Lieb <ben@taluslaw.com>
> **Sent:** Friday, August 18, 2023 3:02:27 PM
> **To:** Adam Yowell <Adam.Yowell@FisherBroyles.com>
> **Cc:** Frank Porada <frank.porada@FisherBroyles.com>
> **Subject:** Re: Well Master Corporation v. Flowco Production Solutions, LLC, USDC, District of Colorado, Case No. 21cv2145-CMA-KAS
>
> Apologies. I just realized my Tuesday is full already. Would some time in the Thursday window work?
>
> Benjamin B. Lieb
> TALUS LAW GROUP LLC
> 303.246.4767
> www.taluslaw.com

3

On Aug 18, 2023, at 2:50 PM, Adam Yowell <Adam.Yowell@fisherbroyles.com> wrote:

Ben,

Tuesday at 2 MT works for us. I will circulate a Teams calendar invite.

Adam

**Adam Yowell**
Partner

_____

**FisherBroyles, LLP**
530 Lytton Avenue, Second Floor | Palo Alto, CA 94301 | USA
direct: +1.775.230.7364
adam.yowell@fisherbroyles.com

www.fisherbroyles.com

**From:** Ben Lieb <ben@taluslaw.com>
**Sent:** Friday, August 18, 2023 1:26 PM
**To:** Frank Porada <frank.porada@FisherBroyles.com>
**Cc:** Adam Yowell <Adam.Yowell@FisherBroyles.com>
**Subject:** Re: Well Master Corporation v. Flowco Production Solutions, LLC, USDC, District of Colorado, Case No. 21cv2145-CMA-KAS

Frank,

I am available next Tuesday 2:00 to 4:30 and Thursday 1:00 to 4:00 to discuss your August 17 letter. Please let me know what works for you.

Thanks

Benjamin B. Lieb
TALUS LAW GROUP LLC
Intellectual Property Counselors
303.246.4767
www.taluslaw.com


On Aug 17, 2023, at 11:57 AM, Frank Porada <frank.porada@FisherBroyles.com> wrote:

4

Please see the attached correspondence.

**Frank C. Porada**
Partner

_____

**FisherBroyles, LLP**
1400 16th Street **|** Suite 400 **|** Denver, CO 80202 **|** USA
Direct: 303.808.4706
frank.porada@fisherbroyles.com

www.fisherbroyles.com

ATLANTA  |  AUSTIN  |  BOSTON  |  CHARLOTTE  |  CHICAGO  |  CINCINNATI  |  CLEVELAND  |  COLUMBUS  |  DALLAS  |  DENVER  |  DETROIT  |  HOUSTON  |  LONDON  |  LOS ANGELES  |  MIAMI  |  NAPLES  |  NEW YORK  |  PALO ALTO  |  PHILADELPHIA  |  PRINCETON  |  SALT LAKE CITY  |  SEATTLE  |  WASHINGTON D.C.  |  WILMINGTON

The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

We will never use email to notify you of a change to any bank account details we have already provided to you. If you receive any email purporting to come from this firm which seeks to do this, then please contact us immediately by telephone and do not act on it or reply to it. We cannot accept responsibility for any loss if you do not follow these instructions.

<230817 Letter to Benjamin Lieb.pdf>

5