## Exhibit 1

| Abbreviated Name(s) | Patent/Publication Number | Chart Exhibit Number | Filing Date | Publication Date | Prior Art Basis Pre-AIA |
|---|---|---|---|---|---|
| Levitan or '040 | 6,059,040 | 5 | 9-19-1997 | 5-9-2000 | 102(a), 102(b) |
| Sand Viper |  | 15 |  |  | 102(a), 102(b) |
| Yerian or '300 | 4,410,300 | 8 | 2-5-1981 | 10-18-1983 | 102(a), 102(b) |
| Gray or '416 | 2005/0056416 | 10 | 4-27-2004 | 3-17-2005 | 102(a), 102(b), 102(e) |
| Victor1 or '731 | 7,475,731 | 6 | 4-15-2004 | 1-13-2009 | 102(a), 102(b), 102(e) |
| Victor2 or '602 | 7,290,602 | 7 | 12-10-2004 | 11-6-2007 | 102(a), 102(b), 102(e) |
| Tanton or '706 | 8,181,706 | 25 | 5-22-2009 | 5-22-2012 | 102(a), 102(b) |
| Watson or '784 | 4,007,784 | 21 | 10-14-1975 | 2-15-1977 | 102(a), 102(b) |
| Martin or '843 | 4,502,843 | 20 | 3-31-1980 | 3-5-1985 | 102(a), 102(b) |
| Casey or '923 | 6,148,923 | 22 | 12-13-1998 | 11-21-2000 | 102(a), 102(b) |
|  |  |  |  |  |  |
| Amies or '141 | 2008/0185141 | 26 | 2-6-2007 | 8-7-2008 | 102(a), 102(b) |
| Bender2 or '309 | 6,176,309 | 23 | 10-1-1998 | 1-23-2001 | 102(a), 102(b) |
| Victor3 or '125 | 7,438,125 | 12 | 4-20-2004 | 10-21-2008 | 102(a), 102(b), 102(e) |

| | | | | | |
|---|---|---|---|---|---|
| Victor4 or '878 | 7,383,878 | 13 | 3-18-2003 | 6-10-2008 | 102(a), 102(b), 102(e) |
| Victor5 or '301 | 7,513,301 | 14 | 5-9-2004 | 4-7-2009 | 102(a), 102(b), 102(e) |
| Chisholm or '725 | 7,219,725 | 24 | 9-16-2004 | 5-22-2007 | 102(a), 102(b), 102(e) |
| Peters or '319 | 2,301,319 | 16 | 11-15-1941 | 11-10-1942 | 102(a), 102(b) |
| Webber or '808 | 2,633,808 | 17 | 9-25-1948 | 4-7-1953 | 102(a), 102(b) |
| Davis or '158 | 7,011,158 | 9 | 9-5-2003 | 3-14-2006 | 102(a), 102(b), 102(e) |
| Williams or '000 | 2,539,000 | 19 | 6-26-1948 | 1-23-1951 | 102(a), 102(b) |
| Evans or '204 | 2,018,204 | 11 | 7-24-1934 | 10-22-1935 | 102(a), 102(b) |
| Webber2 or '768 | 2,719,768 | 18 | 11-15-1952 | 10-4-1955 | 102(a), 102(b) |
| Victor1 i.v.o. Yerian | 7,475,731; 4,410,300 | 27 | 4-15-2004; 2-5-1981 | 1-13-2009; 10-18-1983 | 103(a) |
| Victor1 i.v.o. Victor2 | 7,475,731; 7,290,602 | 28 | 4-15-2004; 12-10-2004 | 1-13-2009; 11-6-2007 | 103(a) |
| Victor1 i.v.o. Gray | 7,475,731; 2005/0056416 | 29 | 4-15-2004; 4-27-2004 | 1-13-2009; 3-17-2005 | 103(a) |
| Victor1 i.v.o. Gray, Davis | 7,475,731; 2005/0056416; 7,011,158 | 30 | 4-15-2004; 4-27-2004; 9-5-2003 | 1-13-2009; 3-17-2005; 3-14-2006 | 103(a) |
| Davis i.v.o. Gray | 7,011,158; 2005/0056416 | 31 | 9-5-2003; 4-27-2004 | 3-14-2006; 3-17-2005 | 103(a) |

2

| Sand Viper i.v.o. | | 32 | | | 103(a) |
|---|---|---|---|---|---|
| Sand Viper i.v.o. | | 33 | | | 103(a) |