Exhibit 3

**'865 Patent**

| Claim | Prior Art |
|---|---|
| 7. A method of controlling fluid flow in a tubing string in a plunger lift system of an oil and gas well wherein an elongated plunger controllably travels vertically therethrough, comprising: | It is known to provide an elongated plunger in a tubing string for controlling fluid flow by traveling through a plunger lift system in an oil and gas well.  784 at 1:6-28 Fig. 2; '300 at 1:10-18 Fig. 2; '706 at 10:34-49 Fig. 4; 731 at 8:46-47 Fig. 3; '416 at ¶ 0002, page 11, Claim 1 Figs. 1A and 1B; '923 at 1:31 to 2:14; '107 at 4:28:50; '125 1:11-12, 19-40; '103 at 1:11-45, '301 at 1:5-45; '878 at 1:5-42; '602 at 1:16-39. |
| arranging an array of fins on a lower end of said elongated plunger, wherein said fins create turbulence in gas within said tubing string; and | It is known to provide an elongated plunger with fins on a lower end so that the fins create turbulence in the tubing string and that creating such turbulence is desirable to aid lift, among other things. '784 at 4:23-38 Figs. 2 and 6; '300 3:10-24 Fig. 2; '808 at 3:28-37, Fig 1; '768 at 3:10-18, Fig 1. |
| rotating said elongated plunger about a longitudinal axis thereof, as said plunger travels through said tubing string in said plunger lift system; | It is known to provide an elongated plunger that rotates along a longitudinal axis as the plunger moves through the tubing string as this helps with cleaning, turbulence, and evening out wear on the outside of the plunger.  '784 at 5:1-15; 7:23-32, 8:3-13; '300 at 1:59 to 2:16, 3:64-4:25; '000 at 3:32-36; '808 at 2:18-39; '768 at 2:29-38; '843 at 2:'22-28. Rotation is an inherent consequence of the use in plungers generally as they are travel through a tubing string. |
| arranging an elongated bore in said plunger from said lower end thereof; and | It is known to have a plunger with an elongated bore from the lower end of the plunger.  '784 at Fig. 2; '300 at Fig. 2; '731 at Figs. 3, 4 and 5; '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3, 4 and 5. |
| drilling a plurality of side holes into said bore through said plunger. | It is known to have a plunger with multiple side holes in the elongated bore to create turbulence and clear out the grooves. '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3, 4 and 5; '725 at Figs. 2 and 4. |
| 8. The method as recited in claim 7, wherein said side holes are arranged radially with respect to said longitudinal axis of said bore. | *See* analysis for claim 7 above. It is known to provide a plunger that has radially arranged side holes along a longitudinal axis. '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3, 4 and 5; '725 at Figs. 2 and 4. |
| 10. The method as recited in claim 7, including:<br><br>spinning said plunger about its longitudinal axis by ejecting gas tangentially with respect to said bore and into said grooves, so as to generate turbulence in gas | *See* analysis for claim 7 above. It is known to have a plunger that spins or rotates about its longitudinal axis by ejecting gas tangentially into the grooves of the plunger to generate turbulence in the gas surrounding the plunger as it travels through said tubing string in an oil and gas well lift system, and that such turbulence is desirable to clean out the grooves and aid lift. '731 at 4:39-61, |

| | |
|---|---|
| surrounding said plunger as said plunger travels through said tubing string in an oil and gas well lift system. | 5:50-6:66, 8:1-7 Figs. 3, 4 and 5; '107 at 4:57-60; '301 at 1:5-45; '784 at 5:1-15; 7:23-32, 8:3-13. |
| 11. The method as recited in claim 10, including:<br><br>ejecting gas through said side holes into said grooves in said plunger to maximize turbulence of fluid surrounding said plunger as it travels in said tubing string in said oil and gas well lift system. | *See* analysis for claim 10 above. It is known to have a plunger that ejects gas outwardly through side holes in the grooves in the plunger to maximize the turbulence of fluids surrounding the plunger as it travels in said tubing string in said oil and gas well lift system in order to clean out grooves and aid lift. '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3, 4 and 5; '107 at 4:57-60; '725 at Figs. 2 and 4. |
| 12. A method of controlling fluid flow in a tubing string in a plunger lift system of an oil and gas well wherein an elongated plunger controllably travels vertically therethrough, comprising: | It is known to have elongated plungers controlling fluid flow by traveling through a plunger lift system in an oil and gas well. 784 at 1:6-28 Fig. 2; '300 at 1:10-18 Fig. 2; '706 at 10:34-49 Fig. 4; '731 at 7:49-50 Fig. 3; '416 at ¶ 0002, page 11, Claim 1 Figs. 1A and 1B; '923 at 1:31 to 2:14; '107 at 4:28:50;; '125 1:11-12, 19-40; '103 at 1:11-45, '301 at 1:5-45; '878 at 1:5-42; '602 at 1:16-39. |
| arranging an array of side holes through a side wall of said elongated plunger, wherein said side holes create turbulence in gas within said tubing string; and | It is known to have an elongated plunger that ejects gas through side holes to maximize turbulence of fluid surrounding the plunger in order to clean out grooves and aid lift. '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3, 4 and 5; '301 at 1:5-45; '725 at Figs. 2 and 4; '301 at 1:5-11 Figs. 5 and 6. |
| rotating said elongated plunger about a longitudinal axis thereof, as said plunger travels through said tubing string in said plunger lift system. | It is known to have an elongated plunger that travels through a tubing string in a plunger lift system that rotates as it travels, as rotation evens wear, aids in cleaning the tubing string, and increases turbulence. '731 at 4:39-61, 6:11-32, 8:1-7 Figs. 3, 4 and 5; '107 at 4:28:50; '125 1:11-12, 19-40; '103 at 1:11-45, '301 at 1:5-45; '878 at 1:5-42; '000 at 3:32-36; '808 at 2:18-39; '768 at 2:29-38; '843 at 2:'22-28; '784 at 5:1-15; 7:23-32, 8:3-13. Rotation is an inherent consequence from using plungers generally as they are travel through a tubing string. |
| 13. The method of controlling fluid flow in a tubing string, as recited in claim 12, including: | *See* analysis for claim 12 above. It is known to have a plunger that controls fluid flow in a tubing string. 784 at 1:10-32 Fig. 2; '300 at 1:10-18 Fig. 2; '706 at 10:34-49 Fig. 4; '731 at 7:49-50 Fig. 3; '416 at ¶ 0002, page 11, Claim 1 Figs. 1A and 1B; '923 at 1:31 to 2:14; '107 at 4:28:50; '125 1:11-12, 19-40; '103 at 1:11-45, '301 at 1:5-45; '878 at 1:5-42. |
| arranging an elongated bore in said plunger from said lower end thereof; and | It is known to have a plunger with an elongated bore from its lower end. '784 at Fig. 2; '300 at Fig. 2; '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3, 4 and 5. |

| | |
|---|---|
| arranging a plurality of fins on a lower end of said plunger. | It is known to have a plunger with fins on its lower end. '784 at 4:23-38 Figs. 2, 6; '300 at 3:10-24 Fig 2; '808 at 3:28-37, Fig 1; '768 at 3:10-18, Fig 1. |
| 14. The method as recited in claim 13, wherein said fins are arranged in a spiral with respect to said longitudinal axis of said bore. | *See* analysis for claim 13 above. It is known to have a plunger with fins arranged in a spiral where rotation is desired because the spiral arrangement of the fins would induce rotation.  '784 at 4:23-38 Figs. 2, 6; '300 at 3:10-24 Fig 2. |
| 15. The method as recited in claim 13, including: spinning said plunger about its longitudinal axis so as to generate turbulence in gas surrounding said plunger as said plunger travels through said tubing string in an oil and gas well lift system. | *See* analysis for claim 13 above. It is known to have a plunger that rotates and generates turbulence in order to clean out grooves and aid lift. '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3, 4 and 5; '784 at 1:11-16, 5:1-15 Fig 7; '300 at 3:64-4:25.  Rotation is an inherent consequence of the use in plungers generally as they are travel through a tubing string. |
| 16. A method of cleaning interior walls of a tubing string in a plunger lift system of an oil and gas well wherein an elongated plunger controllably travels vertically therethrough, comprising: | It is known that an elongated plunger may travel through a tubing string and clean the walls of the tubing string by removing paraffin and other contaminants.   784 at 2:3-8; 4: 53-57; '706 at 10:34-49 Fig. 4; '731 at 4:29-30; '301 at 1:28-29 Fig. 6; '923 at 3:29-34; '602 at 1:19-20; '125 at 1:31-32; '301 at 1:28-29. |
| arranging an array of fins on a lower end of said elongated plunger, wherein said fins have a sharp edge in close proximity to said walls of said tubing string; | It is known that an elongated plunger may have an array of fins or ridges with a sharp edge and in close proximity to the walls of the tubing string in order to clean/scrape the tubing walls which was a well-known function of plungers.   '784 at 3:56-58, 4:23-38 Figs. 2 and 6; '300 at 3:10-24, Fig. 2; '419 at Fig. 5, '103 at 1:60-62; '808 at 3:28-37, Fig 1; '768 at 3:10-18, Fig 1. |
| rotating said elongated plunger about a longitudinal axis thereof, as said plunger travels through said tubing string in said plunger lift system; | It is known to have an elongated plunger that rotates along a longitudinal axis as the plunger moves through the tubing string. '784 at 7:23-32 and 8:3-13; '300 at 1:59 to 2:16. Rotation is an inherent consequence of using plungers generally as they are travel through a tubing string. |
| cleaning said walls of said tubing string by said sharp edges of said fins, as said rotating plunger travels vertically therethrough; and | It is known to have a plunger that cleans the walls of the tubing string by sharp edges of fins, as the rotating plunger travels through the tubing string, as that is what would necessarily happen by rotating a plunger with ridges or fins. '784 at 3:56-58, 4:23-38, Figures 2 and 6; '300 at 3:10-24, 3:64-4:25, Fig. 2; '419 at Fig. 5, '125 at 1:31-32; '301 at 1:28-29; '725 at 2:36-41. |
| ejecting gas through said an angled arrangement of at least one side hole from a central bore to the outside said plunger to maximize turbulence of fluid surrounding said plunger as it | It is known to have a plunger that ejects gas through an angled arrangement of side holes from a central bore to the outside of the plunger to maximize turbulence of fluid surrounding the plunger as it travels in said tubing string in said oil and gas well life system in order to clean out grooves and aid lift. '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3, 4 and 5; '301 at 1:28-29 Fig. 6; '725 at Figs. 2 and 4. |

| | |
|---|---|
| travels in said tubing string in said oil and gas well life system. | |