Exhibit 5
(Levitan '040)

**'892 Patent**

| Claim | Levitan (U.S. Patent No. 6,059,040) |
|---|---|
| 1. A plunger for performing plunger lift in a gas producing well, the plunger comprising: | Levitan shows it is known to have plungers performing well lift by using pressure to raise the plunger and remove liquids and/or contaminants. *See* '040 at 2:45-50, Abstract, Figs. 1-2. |
| a plunger body for sealingly engaging a tubing of the well; | Levitan shows it is known to have a plunger body that is sized with a diameter close to the inner diameter of the well tubing, thus sealingly engaging with the tubing of the well. In other words, it is known that a plunger needs a sufficiently tight fit within the tubing to afford a sufficiently effective seal in order to perform plunger lift. *See* '040 Fig. 1 (M, 2 and 3); *see also* '040 at 4:41-58. |
| a narrow passageway within the fluid path; | Levitan shows it is known to have a plunger with a fluid path through a bore or similar space through the plunger, where that space changes shape and/or diameter to create a narrow passageway within the fluid path. *See* '040 at 2:45-3:11, 5:45-62, Figs. 2, 4 (13). |
| and a central orifice at an end of the narrow passageway. | Levitan shows it is known to have a plunger where the narrow passageway ends by connecting to a larger opening, such as the upper portion of the fluid path, which is a central orifice at the end of the narrow passageway. *See* '040 at 2:45-3:11, 5:45-62, Figs. 2, 4 (14) |
| 2. A plunger as defined in claim 1, further comprising a radially inwardly directed lip within the fluid path spaced above the central orifice. | *See* analysis for claim 1 above. Levitan shows it is known to have a plunger with a lip, or what are called fishing lips or fishing necks, spaced above the central orifice. *See* '040 at 4:52-58, Fig. 1. It is known to have a plunger that has a lip or fishing neck that is radially inwardly directed. *See* '040 Fig. 5. |
| 3. A plunger as defined in claim 2, wherein the distance between the central orifice and the lip is between 10% and 60% of the total length of a body of the plunger. | *See* analysis for claim 2 above. Levitan shows it is known to have a plunger wherein the distance between a central orifice and the lip is in the range of 10-60% of the total length of the body of the plunger. *See* '040 Fig. 1. |
| 4. A plunger as defined in claim 1, wherein the fluid path comprises a lower chamber below the narrow passageway and an upper chamber above the narrow passageway. | *See* analysis for claim 1 above. Levitan shows it is known to have a plunger with a chamber below the narrower passageway and a chamber above the narrow passageway. *See* '040 Figs. 2 and 4 (12 & 14). It is also known to have a passageway, and a narrower passageway, between the different passageways to allow a fluid path particularly when |

| | |
|---|---|
| | the plunger is moving downward in the well. *See* '040 at 2:45-3:11, Fig. 1. |
| 5. A plunger as defined in claim 4, wherein the diameter of the narrow passageway is less than the diameter of the lower and upper chambers. | *See* analysis for claim 4 above. Levitan shows a plunger with the diameter of a narrow passageway that is less than the diameter of the chamber in which the fluid flows. *See* '040 Figs. 1 (S), 2 and 4 (13); *see also* '040 at 5:55-62, 6:2-5. |
| 6. A plunger as defined in claim 4, comprising a radially inwardly directed lip within the fluid path spaced above the central orifice, wherein the radially inwardly directed lip is on an upper edge of the upper chamber. | *See* analysis for claim 4 above. Levitan shows it is known to have a plunger with a lip spaced above the central orifice. *See* '040 at 4:52-58, Fig. 1.  It is known to have a plunger that has a lip or fishing neck that is radially inwardly directed and located on an upper edge.  *See* '040 Fig. 5. |
| 7. A plunger as defined in claim 5, wherein the upper chamber, the lower chamber, the central orifice, and the lip all have a circular cross-section and are all concentric about a longitudinal centerline of the plunger. | *See* analysis for claim 5 above. Levitan shows it is known to have a plunger where an upper chamber, lower chamber, central orifice, and lip all have a circular cross-section and are all concentric about a longitudinal centerline of the plunger. *See* '040 at 2:45-3:11, Figs. 1, 2, 4 (L) and 5. Well tubing is almost universally circular in cross-section and therefore it is inherent that any plunger would be circular as well. Furthermore, common manufacturing methods for these devices includes lathes, which makes a concentric orientation the easiest and most obvious design choice. |
| 8. A plunger as defined in claim 1, wherein the narrow passageway comprises two or more connecting channels joined at their upper ends to permit fluid to flow through the central orifice. | *See* analysis for claim 1 above. Levitan shows it is known to have a plunger with a narrow passageway comprising one or more connecting channels joined at their upper ends to permit fluid to flow through the central orifice. *See* '040 at Figs. 2 and 4 (25). The precise number of passageways in an obvious matter of design choice, as shown by Levitan. *See* '040 at 5:55-62, 6:2-5. |
| 9. A plunger as defined in claim 1, comprising a fishing neck for use with a plunger pulling tool at one end of the plunger body, wherein the central orifice is at the one end of the plunger body. | *See* analysis for claim 1 above. Levitan shows it is known to have a plunger with a fishing neck for use with a plunger pulling tool at one end of the plunger body, and as the central orifice's location is a design choice it would be understood it could be at one end of the plunger body. *See* '040 at 4:52-58, 6:65-67, Fig. 1. |
| 10. A plunger as defined in claim 1, comprising an internal fishing neck at an upper end of the plunger body. | *See* analysis for claim 1 above. Levitan shows it is known to have a plunger with an internal fishing neck at the upper end of the plunger body, as all fishing necks must be on the upper side of the plunger as that location is what allows the retrieval process to work. *See* '040 at 4:52-58, 6:65-67, Fig. 1. |

2

| | |
|---|---|
| 11. A plunger as defined in claim 2, comprising an internal fishing neck at an upper end of the plunger body, wherein the radially inwardly directed lip is at an upper edge of the plunger body. | *See* analysis for claim 2 above. Levitan shows it is known to have a plunger with a fishing neck at the upper end of the plunger. *See* '040 Fig. 1.<br>It is known to have a plunger that has a lip or fishing neck that is radially inwardly directed in order to retrieve the plunger. *See* '040 at 6:65-67. |
| 13. A plunger as defined in claim 1, wherein the plunger is approximately 25 cm long with a diameter of approximately 5 cm and weighs less than 1.8 kg. | *See* analysis for claim 1 above. Levitan shows it is known to have plungers with a diameter of 5 cm and approximately 25 cm long as the plungers are sized to the tubing associated with a particular wellbore. '040 at 7:9-57, Fig. 1.<br><br>The size and weight of the plunger are obvious design choices because of inherent constraints on the functionality of the plunger. The diameter of the plunger cannot be greater than the diameter of the tubing string or well casing, because the plunger has to fit in the casing or tubing string. *See, e.g.*, '923 at Fig 7(10); '416 at Fig 1; '103 at 48:51; '725 at 2:33-36. In addition, the fit of the plunger in the tubing string cannot be too tight or the plunger will descend slowly, or too loose or the plunger will rise slowly. *See* '923 at 2:12-22; '843 at 2:11-18. The weight cannot be too heavy or too great a lifting force generated by pressure will be needed to lift the plunger. *See* '923 at 2:28-35; '843 2:28-35. |
| 18. A method of using a plunger to perform plunger lift in a gas-producing well, the method comprising the steps of: | Levitan shows it is known to have plungers performing well lift by using internal wellbore pressure to raise the plunger and remove liquids and/or contaminants. *See* '040 at 2:45-50, 6:6-45, Abstract, Figs. 1-2, claims 1, 2. |
| allowing a plunger having a fluid path therethrough to fall within a tubing of a well to the bottom of the well; | Levitan shows it is known to have a plunger with a fluid path so that the plunger can fall to the bottom of the well. *See* '040 at 2:45-3:11, 6:6-45, Fig. 1, claims 1, 2. |
| allowing gas pressure to move the plunger upwardly within the tubing; and | Levitan shows it is known to have a plunger that falls to the bottom of the well, and from there allows the gas pressure to build and then to move the plunger upwardly to the top of the well. *See* '040 at 2:45-3:11, 6:6-45, Fig. 1, claims 1, 2. |
| while the plunger is moving upwardly, allowing fluid to pass through an unimpeded narrow passageway within the fluid path, the narrow passageway having a central orifice at one end. | Levitan shows it is known to have a plunger that moves upward in a well, and a plunger that allows fluid to pass through a narrow passageway or bore that has a central orifice at one end. '040 at 2:45-50, 6:6-45, Figs. 2, 4, 6. |
| 19. A method as defined in claim 18, further comprising the | *See* analysis for claim 18 above. Levitan shows it is known to have a plunger that allows the fluid exiting the central orifice |

3

| | |
|---|---|
| step of allowing the fluid exiting the central orifice to interact with a radially inwardly directed lip on the plunger. | to interact with a radially inwardly directed lip on the plunger, as that is the obvious consequence of putting the fishing neck lip above the orifice. *See* '040 at 4:41-58, Fig. 1. |
| 20. A method as defined in claim 18, comprising using a conventional plunger pulling tool to retrieve the plunger from the well. | *See* analysis for claim 18 above. Levitan shows it is known to have a plunger that can be retrieved from the well with a conventional plunger pulling tool. '040 at 4:41-55, claim 3. The claimed method is obvious in view of the teachings of Levitan, and the reason so many plungers have fishing necks. See, e.g., '784 at Fig. 2 and 3:60-68; '300 at Fig. 3 and 2:60-64; '731 at Fig. 3; '706 at 5:15-16 and Figs. 2, 3; '416 at Fig. 1A, 38; '602 at Fig. 4; '923 at 5:38-44 Fig. 2; '725 at 2:62-67. |

**'865 Patent**

| Claim | Prior Art |
|---|---|
| 7. A method of controlling fluid flow in a tubing string in a plunger lift system of an oil and gas well wherein an elongated plunger controllably travels vertically therethrough, comprising: | Levitan shows it is known to have elongated plungers controlling fluid flow by traveling through a plunger lift system in an oil and gas well. *See* '040 at 2:45-50, 6:6-45, Abstract, Figs. 1-2, claims 1, 2. |
| arranging an array of fins on a lower end of said elongated plunger, wherein said fins create turbulence in gas within said tubing string; and | Levitan shows it is known to have an elongated plunger with fins on a lower end so that the fins create turbulence in the tubing string and that creating such turbulence was desirable to aid lift, among other things. *See* '040 at 2:45-50, 5:45-62, 6:6-45, claim 9. |
| rotating said elongated plunger about a longitudinal axis thereof, as said plunger travels through said tubing string in said plunger lift system; | It is known to have an elongated plunger that rotates along a longitudinal axis as the plunger moves through the tubing string as this helps with cleaning, turbulence, and evening out wear on the outside of the plunger. *See* '040 at 2:45-50, 5:45-62, 6:6-45, claims 6, 8. Rotation is a natural consequence of Levitan, at least in the embodiments where the channels are not aligned, and inherent in the use in plungers generally as they travel through a tubing string. |
| arranging an elongated bore in said plunger from said lower end thereof; and | Levitan shows it is known to have a plunger with an elongated bore from the lower end of the plunger. *See* '040 Fig. 1. |
| drilling a plurality of side holes into said bore through said plunger. | Levitan shows it is known to have a plunger with multiple side holes drilled in the elongated bore to create turbulence. *See* '040 at 2:55-64, 5:8-6:5, Figs. 3-5. |

4

| | |
|---|---|
| 8. The method as recited in claim 7, wherein said side holes are arranged radially with respect to said longitudinal axis of said bore. | *See* analysis for claim 7 above. Levitan shows it is known to have a plunger that has radially arranged side holes along a longitudinal axis. '040 at Figs. 3, 5, claim 5. |
| 10. The method as recited in claim 7, including: spinning said plunger about its longitudinal axis by ejecting gas tangentially with respect to said bore and into said grooves, so as to generate turbulence in gas surrounding said plunger as said plunger travels through said tubing string in an oil and gas well lift system. | *See* analysis for claim 7 above. Levitan shows it is known to have a plunger that spins about its longitudinal axis by ejecting gas tangentially into the grooves of the plunger to generate turbulence in the gas surrounding the plunger as it travels through said tubing string in an oil and gas well lift system, and that such turbulence is desirable to clean out the grooves and aid lift. '040 at 2:45-50, 5:45-62, 6:6-45, claims 1, 3, 6, 8. Spinning of the plunger is a natural consequence of Levitan, at least in the embodiments where the channels are not aligned, and inherent in the use in plungers generally as they travel through a tubing string. |
| 11. The method as recited in claim 10, including: ejecting gas through said side holes into said grooves in said plunger to maximize turbulence of fluid surrounding said plunger as it travels in said tubing string in said oil and gas well lift system. | *See* analysis for claim 10 above. Levitan shows it is known to have a plunger that ejects gas outwardly through side holes in the grooves in the plunger to maximize the turbulence of fluids surrounding the plunger as it travels in said tubing string, in part to clean out grooves and aid lift. *See* '040 at 2:45-50, 5:8-62, 6:6-45, Figs. 3-5, claims 1, 3. |
| 12. A method of controlling fluid flow in a tubing string in a plunger lift system of an oil and gas well wherein an elongated plunger controllably travels vertically therethrough, comprising: | Levitan shows it is known to have elongated plungers controlling fluid flow by traveling through a plunger lift system in an oil and gas well. *See* '040 at 2:45-50, 6:6-45, Abstract, Figs. 1-2, claims 1, 2. |
| arranging an array of side holes through a side wall of said elongated plunger, wherein said side holes create turbulence in gas within said tubing string; and | Levitan shows it is known to have an elongated plunger that ejects gas through side holes to maximize turbulence of fluid surrounding the plunger in order to clean out grooves and aid lift. *See* '040 at 5:8-6:5, Figs. 3-5. |
| rotating said elongated plunger about a longitudinal axis thereof, as said plunger travels through said tubing string in said plunger lift system. | Levitan shows it is known to have an elongated plunger that travels through said tubing string in said plunger lift system that rotates as it travels, as rotation evens wear, aids in cleaning the tubing string, and increases turbulence. *See* '040 at 2:45-50, 5:45-62, 6:6-45, claims 6, 8. Rotation is a natural consequence of Levitan, at least in the embodiments |

5

| | |
|---|---|
| | where the channels are not aligned, and inherent in the use in plungers generally as they travel through a tubing string. |
| 13. The method of controlling fluid flow in a tubing string, as recited in claim 12, including: | *See* analysis for claim 12 above. Levitan shows it is known to have a plunger that controls fluid flow in a tubing string. *See* '040 at 2:45-50, 6:6-45, Abstract, Figs. 1-2, claims 1-3. |
| arranging an elongated bore in said plunger from said lower end thereof; and | Levitan shows it is known to have a plunger with an elongated bore from its lower end. *See* '040 at 2:45-50, Figs. 1-2. |
| arranging a plurality of fins on a lower end of said plunger. | Levitan shows it is known to have a plunger with fins on its lower end. *See* '040 at 2:45-50, 5:45-62, 6:6-45. |
| 14. The method as recited in claim 13, wherein said fins are arranged in a spiral with respect to said longitudinal axis of said bore. | *See* analysis for claim 13 above. Levitan shows it is known to have a plunger with fins arranged in a spiral where rotation is desired because the spiral arrangement of the fins would induce rotation. *See* '040 at 2:45-50, 5:45-62, 6:6-45, claim 9. |
| 15. The method as recited in claim 13, including: spinning said plunger about its longitudinal axis so as to generate turbulence in gas surrounding said plunger as said plunger travels through said tubing string in an oil and gas well lift system. | *See* analysis for claims 7, 10 and 13 above. Levitan shows it is known to have a plunger that spins and generates turbulence, in part to clean out grooves and aids lift. *See* '040 at 2:45-50, 5:45-62, 6:6-45, claims 6, 8. Spinning is a natural consequence of Levitan, at least in the embodiments where the channels are not aligned, and inherent in the use in plungers generally as they travel through a tubing string. |
| 16. A method of cleaning interior walls of a tubing string in a plunger lift system of an oil and gas well wherein an elongated plunger controllably travels vertically therethrough, comprising: | Levitan shows it is known that an elongated plunger may travel through a tubing string and clean the walls of the tubing string by removing paraffin and other contaminants. *See* '040 at 2:45-50, 5:45-62, 6:6-45, Figs. 1-2, claims 1-3, 6, 8. |
| arranging an array of fins on a lower end of said elongated plunger, wherein said fins have a sharp edge in close proximity to said walls of said tubing string; | Levitan shows it is known that an elongated plunger may have an array of fins with a sharp edge and in close proximity to the walls of the tubing string in order to clean/scrape the tubing walls which was a well-known function of plungers. *See* '040 at 2:45-50, 5:45-62, 6:6-45, claims 1, 3, 9. |
| rotating said elongated plunger about a longitudinal axis thereof, as said plunger travels through said tubing string in said plunger lift system; | Levitan shows it is known to have an elongated plunger that rotates along a longitudinal axis as the plunger moves through the tubing string. *See* '040 at 2:45-50, 5:45-62, 6:6-45, claims 6, 8. Rotation is an inherent consequence of the use in plungers generally as they are travel through a tubing string. |
| cleaning said walls of said tubing string by said sharp edges of said fins, as said | Levitan shows it is known to have a plunger that cleans the walls of the tubing string by sharp edges of fins, as the rotating plunger travels through the tubing string, as that is |

6

| | |
|---|---|
| rotating plunger travels vertically therethrough; and | what would necessarily happen by rotating a plunger with fins. *See* '040 at 2:45-50, 5:45-62, 6:6-45, claims 1, 3, 9. |
| ejecting gas through said an angled arrangement of at least one side hole from a central bore to the outside said plunger to maximize turbulence of fluid surrounding said plunger as it travels in said tubing string in said oil and gas well life system. | Levitan shows it is known to have a plunger that ejects gas through an angled arrangement of side holes from a central bore to the outside said plunger to maximize turbulence of fluid surrounding said plunger as it travels in said tubing string in said oil and gas well life system in order to clean out grooves and aid lift. *See* '040 at 2:45-50, 5:8-62, 6:6-45, Figs. 3-5, claims 1, 3. |

7

**'728 Patent**

| Claim | Prior Art |
|---|---|
| 1. A plunger for moving up and down in a tubing string in a plunger lift system for an oil and gas well, said plunger having a gas seal arrangement comprising: | Levitan shows it is known that a plungers can move up and down a tubing string in a plunger lift system for an oil and gas well and that plungers are designed to create a gas seal. *See* '040 at 2:45-64, 6:6-45, Abstract, Figs. 1-2, claims 1, 2. |
| an elongated plunger body having an upper end and a lower end, said plunger having a longitudinal axis, with a plurality of grooves spaced apart on an outer surface of said plunger body; | Levitan shows it is known to have a plunger with an elongated body, a longitudinal axis, upper and lower ends, and grooves on the outer surface. *See* '040 at 2:45-64, 6:6-45, Abstract, Figs. 1-2, 4. |
| a longitudinal bore arranged within said plunger, extending from an opening in said lower end of said plunger; and | Levitan shows it is known to have a plunger with a longitudinal bore in the plunger extending from an opening in the lower end of the plunger. *See* '040 at 2:45-54 Figs. 1, 2, 4. |
| at least one fluid passageway extending from said bore to at least one of said grooves in said outer surface of said plunger body, to permit gas flow therethrough to direct a turbulent flow of fluid about said plunger, the at least one fluid passageway arranged tangentially with respect to the bore in the plunger. | Levitan shows that plungers direct gas through holes in the plunger to create turbulence and that turbulence was desirable to clear out grooves and aid lift. *See* '040 at 2:55-64, 5:8-6:5, Figs. 3-5, claims 1-3, 9. |
| 2. The plunger as recited in claim 1, wherein at least one of said passageways extends radially outwardly in said plunger body from said bore. | *See* analysis for claim 1 above. Levitan shows it is known that plungers have side holes, where those side holes form passageways that extend radially outwardly. *See* '040, Figs. 1-5. |
| 4. The plunger as recited in claim 1, wherein a plurality of fins are arranged on said lower end of said body of said plunger to effect a rotational motion in said plunger as said plunger travels through said tubing string. | *See* analysis for claim 1 above. Levitan shows it is known that a plunger may an array of fins arranged on the plunger's lower end to cause the plunger to rotate as it moves through the tubing string. *See* '040 at 2:45-50, 5:45-62, 6:6-45, claim 9. |

| | |
|---|---|
| 5. The plunger as recited in claim 4, wherein said fins are arranged in a spiral array on said lower end of said plunger. | See analysis for claim 4 above. Levitan shows it is known that the fins on a plunger may be arranged in a spiral on the lower end of the plunger in order to induce rotation where rotation is desired. *See* '040 at 2:45-50, 5:45-62, 6:6-45, claims 6, 8. Rotation is a natural consequence of Levitan, at least in the embodiments where the channels are not aligned, and inherent that fins would be arranged in a spiral array to rotate the plunger as it travels through the tubing string. |
| 6. The plunger as recited in claim 4, wherein said fins have a tube wall cleaning sharp edge for cleaning the inside of the tubing string as said plunger travels rotationally therethrough. | See analysis for claim 4 above. Levitan shows it is known that a plunger may have sharp fins to aid in cleaning the walls of the tubing string and remove paraffin from the walls. *See* '040 at 2:45-50, 5:45-62, 6:6-45, claims 1, 3, 9. As plungers need to be close to the tubing walls for a sealing effect, any rotation of a plunger with fins would naturally clean the tubing string. |
| 11. A method of controlling fluid flow in a tubing string in a plunger lift system of an oil and gas well wherein an elongated plunger controllably travels vertically therethrough, comprising: | Levitan shows that it is known to have plungers that control fluid flow by traveling through a plunger lift system in an oil and gas well. *See* '040 at 2:45-64, 6:6-45, Abstract, Figs. 1-2, claims 1-3. |
| arranging an array of turbulence generating side holes through a side wall of said elongated plunger, and | Levitan shows that it is known for a plunger to have holes along the side to generate turbulence in order to clean out grooves and aid lift. *See* '040 at 2:55-64, 5:8-6:5, Figs. 3-5, claims 1-3, 9. |
| rotating said elongated plunger about a longitudinal axis thereof, as said plunger travels through said tubing string in said plunger lift system. | Levitan shows that it is known that plungers may rotate as they travel through the tubing string. *See* '040 at 2:45-50, 5:45-62, 6:6-45, claims 6, 8. Rotation is an inherent consequence of the use in plungers generally as they are travel through a tubing string. |
| 12. The method of controlling fluid flow in a tubing string, as recited in claim 11, including: | *See* analysis for claim 11 above. Levitan shows that it is known that a plunger controls fluid flow in an oil and gas well. *See* '040 at 2:45-54, 6:6-45, Figs. 1-5, claims 1-3. |
| arranging an elongated bore in said plunger from said lower end thereof; and | Levitan shows it is known that plungers have elongated bores from the lower end of the plunger. *See* '040 at 2:45-54 Figs. 1, 2, 4. |
| arranging a plurality of fins on a lower end of said plunger. | Levitan shows it is known that a plunger has an arrangement of a plurality of fins arranged on the plunger's lower end. *See* '040 at 2:45-50, 5:45-62, 6:6-45. |

9

| | |
|---|---|
| 13. The method as recited in claim 12, wherein said fins are arranged in a spiral with respect to said longitudinal axis of said bore. | See analysis for claim 12 above. Levitan shows it is known that a plunger may have a spiral array of fins with respect to the plunger's longitudinal axis. *See* '040 at 2:45-50, 5:45-62, 6:6-45, claims 6, 8. Rotation is a natural consequence of Levitan, at least in the embodiments where the channels are not aligned, and inherent that fins would be arranged in a spiral array to rotate the plunger as it travels through the tubing string. Such an arrangement would be the obvious orientation for both manufacturing convenience and inducing rotation within a wellbore tubing string. |
| 14. The method as recited in claim 12, including: | *See* analysis for claim 12 above. |
| spinning said plunger about its longitudinal axis so as to generate turbulence in gas surrounding said plunger as said plunger travels through said tubing string in an oil and gas well lift system. | See analysis for claim 12 above. Levitan shows it is known that a plunger can spin or rotate and generate turbulence as it travels through the tubing string in order to clean out grooves and aid lift. *See* '040 at 2:55-64, 5:8-6:5, Figs. 3-5, claims 1-3, 9. Turbulence is an inherent consequence of spinning, which is an inherent property of a plunger traveling through a tubing string. |
| 15. The method as recited in claim 11, including: | *See* analysis for claim 11 above. |
| ejecting gas through an angled arrangement of side holes from a central bore to outside grooves in said plunger to maximize turbulence of fluid surrounding said plunger as it travels in said tubing string in said oil and gas well lift system. | See analysis for claim 11 above. Levitan shows it is known that plungers may eject gas through side holes to create turbulence as the plunger moves through the tubing string in order to clean out grooves and aid lift. *See* '040 at 2:55-64, 5:8-6:5, Figs. 3-5, claims 1-3, 9. |

10