Exhibit 6
(Victor '731)

**'892 Patent**

| Claim | Prior Art |
|---|---|
| 1. A plunger for performing plunger lift in a gas producing well, the plunger comprising: | Victor shows it is known to have plungers performing well lift by using pressure to raise the plunger and remove liquids and/or contaminants. *See* '731 at 3:30-50, 7:1-9, 8:46-51, Figs. 1-5. |
| a plunger body for sealingly engaging a tubing of the well; | Victor shows a plunger body that is sized with a diameter close to the inner diameter of the well tubing, thus sealingly engaging with the tubing of the well. *See* '731 at 2:42-67, Figs. 1, 1A. It is generally known by those of ordinary skill in the art that a plunger needs a sufficiently close fit within the tubing to provide a seal and thereby perform plunger lift. |
| a narrow passageway within the fluid path; | Victor shows it is known to have a plunger with a fluid path through the plunger that comprises a narrow passageway within the fluid path. *See* '731 at Figs. 2A-2D, 4. |
| and a central orifice at an end of the narrow passageway. | Victor shows a plunger where the narrow passageway ends by connecting to a larger opening, such as the upper portion of the fluid path, which is a central orifice at the end of the narrow passageway. *See* '731 at Fig. 2C. |
| 2. A plunger as defined in claim 1, further comprising a radially inwardly directed lip within the fluid path spaced above the central orifice. | *See* analysis for claim 1 above. Victor shows it is known to have a plunger with a lip, or what are called fishing lips or fishing necks, spaced above the central orifice. *See* '731 at 6:11-21 ("Standard American Petroleum Institute (API) fishing neck 3 at the top end of the sand plunger is a well known design in the art and allows retrieval of plunger 300 from the well if necessary."), Figs. 3-5.<br><br>It is known to have a plunger that has a lip or fishing neck that is radially inwardly directed. *See* '731 at Figs. 3-5. |
| 3. A plunger as defined in claim 2, wherein the distance between the central orifice and the lip is between 10% and 60% of the total length of a body of the plunger. | *See* analysis for claim 2 above. Victor shows it is known to have a plunger wherein the distance between a central orifice and the lip is 10% and 60% of the total length of the body of the plunger. *See* '731 at Figs. 2C, 3, 4. |
| 4. A plunger as defined in claim 1, wherein the fluid path comprises a lower chamber below the narrow passageway and an upper chamber above the narrow passageway. | *See* analysis for claim 1 above. Victor shows it is known to have a plunger with a chamber below the narrower passageway and a chamber above the narrow passageway. *See* '731 at Fig. 2C. |

| | |
|---|---|
| 5. A plunger as defined in claim 4, wherein the diameter of the narrow passageway is less than the diameter of the lower and upper chambers. | *See* analysis for claim 4 above. Victor shows it is known to have a plunger with a diameter of a narrower passageway that is less than the diameter of the chambers in which the fluid flows. *See* '731 at Fig. 2C. |
| 6. A plunger as defined in claim 4, comprising a radially inwardly directed lip within the fluid path spaced above the central orifice, wherein the radially inwardly directed lip is on an upper edge of the upper chamber. | *See* analysis for claim 4 above. Victor shows it is known to have a plunger with a lip, or what are called fishing lips or fishing necks, spaced above the central orifice. *See* '731 at 6:11-21 ("Standard American Petroleum Institute (API) fishing neck 3 at the top end of the sand plunger is a well known design in the art and allows retrieval of plunger 300 from the well if necessary."), Figs. 3-5.<br><br>It is known to have a plunger that has a lip or fishing neck, that is radially inwardly directed. *See* '731 at Figs. 3, 4. |
| 7. A plunger as defined in claim 5, wherein the upper chamber, the lower chamber, the central orifice, and the lip all have a circular cross-section and are all concentric about a longitudinal centerline of the plunger. | *See* analysis for claim 5 above. Victor shows it is known to have a plunger with an upper chamber, a lower chamber, the central orifice, and the lip all have a circular cross-section and are all concentric about a longitudinal centerline of the plunger. '731 at Fig. 2C. Common manufacturing methods for these devices include lathes, which makes a concentric orientation the default placement and the easiest and most obvious design choice. |
| 8. A plunger as defined in claim 1, wherein the narrow passageway comprises two or more connecting channels joined at their upper ends to permit fluid to flow through the central orifice. | *See* analysis for claim 1 above. Victor shows it is known to have a plunger with a narrow passageway comprising one or more connecting channels joined at their upper ends to permit fluid to flow through the central orifice in order to make the plunger fall faster on the downstroke and create turbulence above it on the upstroke. *See* '731 at 4:24-33, 7:1-32, Figs. 2C, 5. The precise number of passageways in an inherent design choice. *See* '731 at 6:15-16. |
| 9. A plunger as defined in claim 1, comprising a fishing neck for use with a plunger pulling tool at one end of the plunger body, wherein the central orifice is at the one end of the plunger body. | *See* analysis for claim 1 above. Victor shows it is known to have a plunger with a fishing neck for use with a plunger pulling tool at one end of the plunger body, and as the central orifice's location is a design choice it would be understood it could be at one end of the plunger body. *See* '731 at 6:11-21. |
| 10. A plunger as defined in claim 1, comprising an internal fishing neck at an upper end of the plunger body. | *See* analysis for claim 1 above. Victor shows it is known to have a plunger with an internal fishing neck at the upper end of the plunger body. *See* '731 at 6:11-21 ("Standard American Petroleum Institute (API) fishing neck 3 at the top end of the sand plunger is a well known design in the art and allows retrieval of plunger 300 from the well if necessary."), Figs. 3-5. This limitation is inherent in wellbore plungers, as |

| | |
|---|---|
| | all fishing necks must be on the upper side of the plunger as that location is what allows the retrieval process to work. |
| 11. A plunger as defined in claim 2, comprising an internal fishing neck at an upper end of the plunger body, wherein the radially inwardly directed lip is at an upper edge of the plunger body. | *See* analysis for claim 2 above. Victor shows it is known to have a plunger with a fishing neck at the upper end of the plunger. *See* '731 at 6:11-21 ("Standard American Petroleum Institute (API) fishing neck 3 at the top end of the sand plunger is a well known design in the art and allows retrieval of plunger 300 from the well if necessary."), Figs. 3-5.<br><br>Victor also shows it is known to have a plunger that has a lip or fishing neck that is radially inwardly directed, as that lip is what the fishing tool uses in order to retrieve the plunger. *See* '731 at 6:18-21, Figs. 3-5. |
| 13. A plunger as defined in claim 1, wherein the plunger is approximately 25 cm long with a diameter of approximately 5 cm and weighs less than 1.8 kg. | *See* analysis for claim 1 above. Victor shows it is known to have plungers with a diameter of 5 cm or 2 inches as the plungers are sized to the tubing. *See* '731 at Figs. 1, 1A, 2:42-51.<br><br>The size and weight of the plunger are obvious design choices because of a number of different factors. *See* '731 at 2:42-3:24. The diameter of the plunger cannot be greater than the diameter of the tubing string or well casing, because the plunger has to fit in the casing or tubing string. In addition, the fit of the plunger in the tubing string cannot be too tight or the plunger will descend slowly, or too loose or the plunger will rise slowly. *See* '731 at 4:3-7. The weight cannot be too heavy or too much of the lifting force generated by the gas pressure will be needed to lift the plunger. *See* '731 at 3:38-50.<br><br>The length of the plunger compared to the diameter, or an elongated plunger, is both known and typical of most plungers. *See* '731 at Figs. 2A-D, 3 and 4. |
| 18. A method of using a plunger to perform plunger lift in a gas-producing well, the method comprising the steps of: | Victor shows it is known to have plungers performing well lift by using production pressure to raise the plunger and remove liquids and/or contaminants. *See* '731 at 3:30-50, 7:1-9, 8:46-47, Figs. 1-5. |
| allowing a plunger having a fluid path therethrough to fall within a tubing of a well to the bottom of the well; | Victor shows it is known to have a plunger with a fluid path so that the plunger can fall to the bottom of the well. *See* '731 at 4:1-10, 8:36-39. |
| allowing gas pressure to move the plunger upwardly within the tubing; and | Victor shows it is known to have a plunger that falls to the bottom of the well, and from there allows the gas pressure to build and then to move the plunger upwardly to the top of the well. *See* '731 at 1:36-37, 4:1-10, 7:1-33. |

3

| | |
|---|---|
| while the plunger is moving upwardly, allowing fluid to pass through an unimpeded narrow passageway within the fluid path, the narrow passageway having a central orifice at one end. | Victor shows it is known to have a plunger that moves upward in a well, and a plunger that allows fluid to pass through a narrow passageway or bore that has a central orifice at one end. *See* '731 at 7:19-33, Fig. 5, claim 1. |
| 19. A method as defined in claim 18, further comprising the step of allowing the fluid exiting the central orifice to interact with a radially inwardly directed lip on the plunger. | *See* analysis for claim 18 above. Victor shows it is known to have a plunger that allows the fluid exiting the central orifice to interact with a radially inwardly directed lip on the plunger. *See* '731 at 6:11-21, 2:42-67. This limitation is also inherent in the design of plungers, as it is an obvious consequence to place the fishing neck lip above the orifice |
| 20. A method as defined in claim 18, comprising using a conventional plunger pulling tool to retrieve the plunger from the well. | *See* analysis for claim 18 above. Victor shows it is known to have a plunger that can be retrieved from the well with a conventional plunger pulling tool. *See* '731 at 6:11-21. This limitation is inherent as it is the reason so many plungers have fishing necks. |

**'865 Patent**

| Claim | Prior Art |
|---|---|
| 7. A method of controlling fluid flow in a tubing string in a plunger lift system of an oil and gas well wherein an elongated plunger controllably travels vertically therethrough, comprising: | Victor shows it is known to have elongated plungers controlling fluid flow by traveling through a plunger lift system in an oil and gas well. *See* '731 at 3:30-50, 7:1-9, 8:46-47, Figs. 1-5. |
| arranging an array of fins on a lower end of said elongated plunger, wherein said fins create turbulence in gas within said tubing string; and | Victor shows it is known to have an elongated plunger with fins on a lower end so that the fins create turbulence in the tubing string and that creating such turbulence was desirable to aid lift, among other things. *See* '731 at Figs. 2A-5, 3:30-50, 4:17-54. |
| rotating said elongated plunger about a longitudinal axis thereof, as said plunger travels through said tubing string in said plunger lift system; | Victor shows it is known to have an elongated plunger that rotates along a longitudinal axis as the plunger moves through the tubing string as this helps with cleaning, turbulence, and evening out wear on the outside of the plunger. *See* '731 at 2:42-67, 3:10-16. Rotation is an inherent consequence of the use in plungers generally as they are travel through a tubing string. |
| arranging an elongated bore in said plunger from said lower end thereof; and | Victor shows it is known to have a plunger with an elongated bore from the lower end of the plunger. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7, Figs. 3-5. |

4

| | |
|---|---|
| drilling a plurality of side holes into said bore through said plunger. | Victor shows it is known to have a plunger with multiple side holes in the elongated bore to create turbulence and clear out the grooves. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7, Figs. 3-5. |
| 8. The method as recited in claim 7, wherein said side holes are arranged radially with respect to said longitudinal axis of said bore. | *See* analysis for claim 7 above. Victor shows it is known to have a plunger that has radially arranged side holes along a longitudinal axis. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3-5, claims 3-5 and 7-9. |
| 10. The method as recited in claim 7, including: spinning said plunger about its longitudinal axis by ejecting gas tangentially with respect to said bore and into said grooves, so as to generate turbulence in gas surrounding said plunger as said plunger travels through said tubing string in an oil and gas well lift system. | *See* analysis for claim 7 above. Victor shows it is known to have a plunger that spins or rotates about its longitudinal axis by ejecting gas tangentially into the grooves of the plunger to generate turbulence in the gas surrounding the plunger as it travels through said tubing string in an oil and gas well lift system, and that such turbulence is desirable to clean out the grooves and aid lift. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3-5. |
| 11. The method as recited in claim 10, including: ejecting gas through said side holes into said grooves in said plunger to maximize turbulence of fluid surrounding said plunger as it travels in said tubing string in said oil and gas well lift system. | *See* analysis for claim 10 above. Victor shows it is known to have a plunger that ejects gas outwardly through side holes in the grooves in the plunger to maximize the turbulence of fluids surrounding the plunger as it travels in said tubing string in said oil and gas well lift system in order to clean out grooves and aid lift. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3-5. |
| 12. A method of controlling fluid flow in a tubing string in a plunger lift system of an oil and gas well wherein an elongated plunger controllably travels vertically therethrough, comprising: | Victor shows it is known to have elongated plungers controlling fluid flow by traveling through a plunger lift system in an oil and gas well. *See* '731 at 7:49-50, Figs. 1-3. |
| arranging an array of side holes through a side wall of said elongated plunger, wherein said side holes create turbulence in gas within said tubing string; and | Victor shows it is known to have an elongated plunger that ejects gas through side holes to maximize turbulence of fluid surrounding the plunger in order to clean out grooves and aid lift. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3-5, claims 3-5 and 7-9. |
| rotating said elongated plunger about a longitudinal axis | Victor shows it is known to have an elongated plunger that travels through said tubing string in said plunger lift system |

5

| | |
|---|---|
| thereof, as said plunger travels through said tubing string in said plunger lift system. | that rotates as it travels, as rotation evens wear, aids in cleaning the tubing string, and increases turbulence. *See* '731 at 4:39-61, 6:11-32, 8:1-7, Figs. 3-5. Rotation is an inherent consequence of the use in plungers generally as they are travel through a tubing string. *See* '731 at 3:1-50. |
| 13. The method of controlling fluid flow in a tubing string, as recited in claim 12, including: | *See* analysis for claim 12 above. Victor shows it is known to have a plunger that controls fluid flow in a tubing string. *See* '731 at 3:30-50, 7:1-31, 7:49-50, Figs. 3-5. |
| arranging an elongated bore in said plunger from said lower end thereof; and | *See* analysis for claim 12 above. Victor shows it is known to have a plunger with an elongated bore from its lower end. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3-5. |
| arranging a plurality of fins on a lower end of said plunger. | It is known to have a plunger with fins on its lower end. *See* '731 at Figs. 2A-5, 3:30-50, 4:17-54. |
| 14. The method as recited in claim 13, wherein said fins are arranged in a spiral with respect to said longitudinal axis of said bore. | *See* analysis for claim 13 above. Victor shows it is known to have a plunger with fins arranged in a spiral where rotation is desired because the spiral arrangement of the fins would induce rotation. *See* '731 at 2:42-67, 3:10-16. |
| 15. The method as recited in claim 13, including: spinning said plunger about its longitudinal axis so as to generate turbulence in gas surrounding said plunger as said plunger travels through said tubing string in an oil and gas well lift system. | *See* analysis for claim 13 above. Victor shows it is known to have a plunger that rotates and generates turbulence in order to clean out grooves and aid lift. *See* '731 at 2:42-67, 3:30-50, 4:39-61, 5:50-6:66, 8:1-7, Figs. 3-5.  Spinning is an inherent consequence of the use in plungers generally as they are travel through a tubing string. |
| 16. A method of cleaning interior walls of a tubing string in a plunger lift system of an oil and gas well wherein an elongated plunger controllably travels vertically therethrough, comprising: | Victor shows it is known that an elongated plunger may travel through a tubing string and clean the walls of the tubing string by removing paraffin and other contaminants. *See* '731 at 4:29-30. |
| arranging an array of fins on a lower end of said elongated plunger, wherein said fins have a sharp edge in close proximity to said walls of said tubing string; | Victor shows it is known that an elongated plunger may have an array of fins with a sharp edge and in close proximity to the walls of the tubing string in order to clean/scrape the tubing walls which was a well-known function of plungers. *See* '731 at Figs. 1A-5, 2:42-47, 3:10-14, 4:14-30. |
| rotating said elongated plunger about a longitudinal axis thereof, as said plunger travels through said tubing string in said plunger lift system; | Victor shows it is known to have an elongated plunger that rotates along a longitudinal axis as the plunger moves through the tubing string. *See* '731 at 3:1-50, 4:39-61, 6:11-32, 8:1-7 Figs. 3-5. Rotation is an inherent consequence of the use in plungers generally as they are travel through a tubing string. *See* '731 at 3:1-50. |

6

| | |
|---|---|
| cleaning said walls of said tubing string by said sharp edges of said fins, as said rotating plunger travels vertically therethrough; and | Victor shows it is known to have a plunger that cleans the walls of the tubing string by sharp edges of fins, as the rotating plunger travels through the tubing string, as that is what would necessarily happen by rotating a plunger with fins. *See* '731 at Figs. 1A-5, 2:42-47, 3:10-14, 4:14-30. |
| ejecting gas through said an angled arrangement of at least one side hole from a central bore to the outside said plunger to maximize turbulence of fluid surrounding said plunger as it travels in said tubing string in said oil and gas well life system. | Victor shows it is known to have a plunger that ejects gas through an angled arrangement of side holes from a central bore to the outside said plunger to maximize turbulence of fluid surrounding said plunger as it travels in said tubing string in said oil and gas well life system in order to clean out grooves and aid lift. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7, Figs. 3-5. |

**'728 Patent**

| Claim | Prior Art |
|---|---|
| 1. A plunger for moving up and down in a tubing string in a plunger lift system for an oil and gas well, said plunger having a gas seal arrangement comprising: | Victor shows it is known that a plungers can move up and down a tubing string in a plunger lift system for an oil and gas well and that plungers are designed to create a gas seal. *See* '731 at 3:30-50, 7:1-9, 8:46-47, Figs. 1-5. |
| an elongated plunger body having an upper end and a lower end, said plunger having a longitudinal axis, with a plurality of grooves spaced apart on an outer surface of said plunger body; | Victor shows it is known that plunger have elongated bodies, upper and lower ends, and grooves on the outer surface. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7, Figs. 1A-5. |
| a longitudinal bore arranged within said plunger, extending from an opening in said lower end of said plunger; and | Victor shows it is known to have a plunger with a longitudinal bore in the plunger extending from an opening in the lower end of the plunger. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3-5. |
| at least one fluid passageway extending from said bore to at least one of said grooves in said outer surface of said plunger body, to permit gas flow therethrough to direct a turbulent flow of fluid about said plunger, the at least one fluid passageway arranged tangentially with respect to the bore in the plunger. | Victor shows it is known that plungers direct gas through holes in the plunger to create turbulence and that turbulence was desirable to clear out grooves and aid lift. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3-5, claims 3-5 and 7-9. |
| 2. The plunger as recited in claim 1, wherein at least one of said passageways extends radially outwardly in said plunger body from said bore. | *See* analysis for claim 1 above. Victor shows it is known that plungers have sides holes that allow the discharge of gas. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 3-5. |
| 4. The plunger as recited in claim 1, wherein a plurality of fins are arranged on said lower end of said body of said plunger to effect a rotational motion in said plunger as said plunger travels through said tubing string. | *See* analysis for claim 1 above. Victor shows it is known that a plunger may an array of fins arranged on the plunger's lower end to cause the plunger to rotate as it moves through the tubing string. *See* '731 at Figs. 2A-5, 3:30-50, 4:17-54. |

| | |
|---|---|
| 5. The plunger as recited in claim 4, wherein said fins are arranged in a spiral array on said lower end of said plunger. | *See* analysis for claim 4 above. Victor shows it is known that the fins on a plunger may be arranged in a spiral on the lower end of the plunger in order to induce rotation where rotation is desired. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7 Figs. 2B, 2D, 3-5. |
| 6. The plunger as recited in claim 4, wherein said fins have a tube wall cleaning sharp edge for cleaning the inside of the tubing string as said plunger travels rotationally therethrough. | *See* analysis for claim 4 above. Victor shows it is known that a plunger may have sharp fins to aid in cleaning the walls of the tubing string and remove paraffin from the walls. *See* '731 at Figs. 1A-5, 2:42-47, 3:10-14, 4:14-30. As plungers inherently need to be sized closely to the tubing walls for a sealing effect, any rotation of a plunger would have the natural consequence of cleaning the tubing walls. |
| 11. A method of controlling fluid flow in a tubing string in a plunger lift system of an oil and gas well wherein an elongated plunger controllably travels vertically therethrough, comprising: | Victor shows it is known to have plungers that control fluid flow by traveling through a plunger lift system in an oil and gas well. *See* '731 at 3:30-50, 7:1-9, 8:46-47, Figs. 1-5. |
| arranging an array of turbulence generating side holes through a side wall of said elongated plunger, and | Victor shows it is known that plungers have holes along their sides to generate turbulence in order to clean out grooves and aid lift. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7, Figs. 3-5. |
| rotating said elongated plunger about a longitudinal axis thereof, as said plunger travels through said tubing string in said plunger lift system. | Victor shows it is known that plungers may rotate as they travel through the tubing string. *See* '731 at 4:39-61, 6:11-32, 8:1-7, Figs. 3-5. Rotation is an inherent consequence of the use in plungers generally as they are travel through a tubing string. *See* '731 at 3:1-50. |
| 12. The method of controlling fluid flow in a tubing string, as recited in claim 11, including: | *See* analysis for claim 11 above. Victor shows it is known that a plungers can control fluid flow in a tubing string in a plunger lift system for an oil and gas well where such plunger controllably travels vertically therethrough. *See* '731 at 3:30-50, 7:1-9, 8:46-47, Figs. 1-5. |
| arranging an elongated bore in said plunger from said lower end thereof; and | *See* analysis for claim 11 above. Victor shows it is known that plungers have elongated bores from the lower end of the plunger. *See* '731 at Figs. 1A-5. |
| arranging a plurality of fins on a lower end of said plunger. | *See* analysis for claim 11 above. Victor shows it is known that a plunger has a plurality of fins arranged on the plunger's lower end. *See* '731 at Figs. 2A-5, 3:30-50, 4:17-54. |
| 13. The method as recited in claim 12, wherein said fins are arranged in a spiral with | *See* analysis for claim 12 above. Victor shows it is known that a plunger has a spiral array of fins with respect to the plunger's longitudinal axis.   *See* '731 |

9

| | |
|---|---|
| respect to said longitudinal axis of said bore. | at 4:39-61, 5:50-6:66, 8:1-7 Figs. 2B, 2D, 3-5. This limitation is inherent in the design of wellbore plungers, as it would be the obvious orientation for both manufacturing convenience and inducing rotation. |
| 14. The method as recited in claim 12, including: | *See* analysis for claim 12 above. |
| spinning said plunger about its longitudinal axis so as to generate turbulence in gas surrounding said plunger as said plunger travels through said tubing string in an oil and gas well lift system. | *See* analysis for claim 12 above. Victor shows it is known that a plunger can rotate and generate turbulence as it travels through the tubing string in order to clean out grooves and aid lift. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7, Figs. 3-5. Spinning is an inherent consequence of the use in plungers generally as they are travel through a tubing string, and turbulence is an inherent consequence of rotation. *See* '731 at 3:1-50. |
| 15. The method as recited in claim 11, including: | See analysis for claim 11 above. |
| ejecting gas through an angled arrangement of side holes from a central bore to outside grooves in said plunger to maximize turbulence of fluid surrounding said plunger as it travels in said tubing string in said oil and gas well lift system. | *See* analysis for claim 11 above. Victor shows it is known that plungers may eject gas through side holes to create turbulence as the plunger moves through the tubing string in order to clean out grooves and aid lift. *See* '731 at 4:39-61, 5:50-6:66, 8:1-7, Figs. 3-5, claims 3-5 and 7-9. |

10