Exhibit 18
(Webber2 '768)

**'892 Patent**

| Claim | Prior Art |
|---|---|
| 1. A plunger for performing plunger lift in a gas producing well, the plunger comprising: | Webber2 shows it is known to have plungers performing well lift by using pressure to raise the plunger and remove liquids and/or contaminants. *See* '768 at 1:1-51, Figs. 1-4. |
| a plunger body for sealingly engaging a tubing of the well; | Webber2 shows a plunger body that is sized with a diameter close to the inner diameter of the well tubing, thus sealingly engaging with the tubing of the well. *See* '768 at 2:29-38, Figs. 1-4. It is generally known by those of ordinary skill in the art that a plunger needs a sufficiently close fit within the tubing to provide a seal and thereby perform plunger lift. *See* '768 at 1:15-60. |
| a narrow passageway within the fluid path; | Webber2 shows it is known to have a plunger with a fluid path through the plunger that comprises a narrow passageway within the fluid path. *See* '768 at Figs. 1-4. |
| and a central orifice at an end of the narrow passageway. | Webber2 shows it is known to provide a central orifice within the plunger body, and that it was well known at the time of the invention to provide such an orifice with a plunger designed to perform plunger lift in a gas producing well. *See* '768 at Figs. 1-4. |
| 2. A plunger as defined in claim 1, further comprising a radially inwardly directed lip within the fluid path spaced above the central orifice. | *See* analysis for claim 1 above. Webber2 shows it is known to have a plunger with a lip spaced above the central orifice. *See* '768 at Figs. 1-4. |
| 3. A plunger as defined in claim 2, wherein the distance between the central orifice and the lip is between 10% and 60% of the total length of a body of the plunger. | *See* analysis for claim 2 above. Webber2 shows it is known to have a distance between the central orifice and the lip is between 10% and 60% of the total length of a body of the plunger. *See* '768 at Figs. 1-4. |
| 4. A plunger as defined in claim 1, wherein the fluid path comprises a lower chamber below the narrow passageway and an upper chamber above the narrow passageway. | Webber2 shows it is known to incorporate a chamber below the narrower passageway and a chamber above the narrow passageway. *See* '768 at Figs. 1-4. |
| 5. A plunger as defined in claim 4, wherein the diameter of the narrow passageway is less | See analysis for claim 4 above. Webber2 shows it is known to incorporate a passageway having a diameter less than the diameter of the chambers in which the fluid flows. *See* '768 at Figs. 1-4. |

| | |
|---|---|
| than the diameter of the lower and upper chambers. | |
| 6. A plunger as defined in claim 4, comprising a radially inwardly directed lip within the fluid path spaced above the central orifice, wherein the radially inwardly directed lip is on an upper edge of the upper chamber. | *See* analysis for claims 1, 4 above. Webber2 shows it is known to have a plunger with a lip spaced above the central orifice. *See* '768 at Figs. 1-4. |
| 7. A plunger as defined in claim 5, wherein the upper chamber, the lower chamber, the central orifice, and the lip all have a circular cross-section and are all concentric about a longitudinal centerline of the plunger. | *See* analysis for claim 5 above. Webber2 shows it is known to have a plunger where all portions of the plunger have a circular cross-section and are all concentric about a longitudinal centerline of the plunger. *See* '768 at 3:11-13, Figs. 1-4. Common manufacturing methods for these devices include lathes, which makes a concentric orientation the default placement within well tubing, and the easiest and most obvious design choice. |
| 8. A plunger as defined in claim 1, wherein the narrow passageway comprises two or more connecting channels joined at their upper ends to permit fluid to flow through the central orifice. | |
| 9. A plunger as defined in claim 1, comprising a fishing neck for use with a plunger pulling tool at one end of the plunger body, wherein the central orifice is at the one end of the plunger body. | |
| 10. A plunger as defined in claim 1, comprising an internal fishing neck at an upper end of the plunger body. | |
| 11. A plunger as defined in claim 2, comprising an internal fishing neck at an upper end of the plunger body, wherein the radially inwardly directed lip is at an upper edge of the plunger body. | |
| 13. A plunger as defined in claim 1, wherein the plunger is approximately 25 cm long with | *See* analysis for claim 1 above. Webber2 shows it is known to have plungers with a diameter of 5 cm or 2 inches as the |

2

| | |
|---|---|
| a diameter of approximately 5 cm and weighs less than 1.8 kg. | plungers are sized to the tubing. *See* '768 at 3:28-4:41, Figs. 1-4.<br><br>The size and weight of the plunger are obvious design choices because of a number of different factors. The diameter of the plunger cannot be greater than the diameter of the tubing string or well casing, because the plunger has to fit in the casing or tubing string. *See* '768 at 1:15-60. In addition, the fit of the plunger in the tubing string cannot be too tight or the plunger will descend slowly, or too loose or the plunger will rise slowly. *See* '768 at 4:29-53. The weight cannot be too heavy or too much of the lifting force generated by the gas pressure will be needed to lift the plunger. '768 at 4:7-22.<br><br>The length of the plunger compared to the diameter, or an elongated plunger, is both known and typical of most plungers. *See* '768 at Figs. 1-3. |
| 18. A method of using a plunger to perform plunger lift in a gas-producing well, the method comprising the steps of: | Webber2 shows it is known to have plungers performing well lift by using production pressure to raise the plunger and remove liquids and/or contaminants. *See* '768 at 1:15-60, Figs. 1-4. |
| allowing a plunger having a fluid path therethrough to fall within a tubing of a well to the bottom of the well; | Webber2 shows it is known to have a plunger with a fluid path so that the plunger can fall to the bottom of the well. *See* '768 at 2:13-38, Figs. 1-4. It is generally known by those of ordinary skill in the art that a plunger needs to rise and fall within the production tube or pipe. |
| allowing gas pressure to move the plunger upwardly within the tubing; and | Webber2 shows it is known to have a plunger that falls to the bottom of the well, and from there allows the gas pressure to build and then to move the plunger upwardly to the top of the well. *See* '768 at 2:29-38, Figs. 1-4. |
| while the plunger is moving upwardly, allowing fluid to pass through an unimpeded narrow passageway within the fluid path, the narrow passageway having a central orifice at one end. | Webber2 shows it is known to have a plunger that moves upward in a well, and a plunger that allows fluid to pass unimpeded through a narrow passageway or slot. *See* '768 at Figs. 1-4, claims 1-5. |
| 19. A method as defined in claim 18, further comprising the step of allowing the fluid exiting the central orifice to interact with a radially inwardly directed lip on the plunger. | *See* analysis for claim 18 above. Webber2 shows it is known to have a plunger that allows fluid to interact with a radially inwardly directed lip on the plunger. *See* '768 at Figs. 1-4. This limitation is also inherent in the design of plungers, as it is an obvious consequence to place the lip at the top of the plunger body. |

3

| |  |
|---|---|
| 20. A method as defined in claim 18, comprising using a conventional plunger pulling tool to retrieve the plunger from the well. | |

**'865 Patent**

| Claim | Prior Art |
|---|---|
| 7. A method of controlling fluid flow in a tubing string in a plunger lift system of an oil and gas well wherein an elongated plunger controllably travels vertically therethrough, comprising: | Webber2 shows it is known to have elongated plungers controlling fluid flow by traveling through a plunger lift system in an oil and gas well. *See* '768 at 1:15-60, Figs. 1-4. |
| arranging an array of fins on a lower end of said elongated plunger, wherein said fins create turbulence in gas within said tubing string; and | Webber2 shows it is known to have an elongated plunger with fins on a lower end so that the fins create turbulence in the tubing string and that creating such turbulence was desirable to aid lift, among other things. *See* '768 at Figs. 1-4. |
| rotating said elongated plunger about a longitudinal axis thereof, as said plunger travels through said tubing string in said plunger lift system; | Webber2 shows it is known to have an elongated plunger that rotates along a longitudinal axis as the plunger moves through the tubing string as this helps with cleaning, turbulence, and evening out wear on the outside of the plunger. *See* '768 at 2:13-38, Figs. 1-4. Rotation is an inherent consequence of the use in plungers generally as they are travel through a tubing string. |
| arranging an elongated bore in said plunger from said lower end thereof; and | Webber2 shows it is known to incorporate an elongated bore within the plunger body, and that it was well known at the time of the invention to provide bores within a plunger designed to perform plunger lift in a gas producing well. *See* '768 at Figs. 1-4. |
| drilling a plurality of side holes into said bore through said plunger. | Webber2 shows it is known to provide a plunger with side holes in the elongated bore to create turbulence and clear out the grooves. *See* '768 at 3:26-30, 5:11-65, Figs. 1-4. |
| 8. The method as recited in claim 7, wherein said side holes are arranged radially with respect to said longitudinal axis of said bore. | Webber2 shows it is known to arrange side holes radially with respect to said longitudinal axis of said bore. *See* '768 at 3:26-30, 5:11-65, Figs. 1-11. |
| 10. The method as recited in claim 7, including: | *See* analysis for claim 7 above. Webber2 shows it is known to have a plunger that spins or rotates about its longitudinal |

4

| | |
|---|---|
| spinning said plunger about its longitudinal axis by ejecting gas tangentially with respect to said bore and into said grooves, so as to generate turbulence in gas surrounding said plunger as said plunger travels through said tubing string in an oil and gas well lift system. | axis by ejecting gas tangentially into the grooves of the plunger to generate turbulence in the gas surrounding the plunger as it travels through said tubing string in an oil and gas well lift system, and that such turbulence is desirable to clean out the grooves and aid lift. *See* '768 at 5:11-65, Figs. 1-4. |
| 11. The method as recited in claim 10, including: ejecting gas through said side holes into said grooves in said plunger to maximize turbulence of fluid surrounding said plunger as it travels in said tubing string in said oil and gas well lift system. | Webber2 shows it is known to eject gas through said side holes into said grooves in said plunger to maximize turbulence of fluid surrounding said plunger as it travels in said tubing string. *See* '768 at 3:26-30, 5:11-65, Figs. 1-11. |
| 12. A method of controlling fluid flow in a tubing string in a plunger lift system of an oil and gas well wherein an elongated plunger controllably travels vertically therethrough, comprising: | Webber2 shows it is known to have elongated plungers controlling fluid flow by traveling through a plunger lift system in an oil and gas well. *See* '768 at 1:15-60, claims 1-5, Figs. 1-4. |
| arranging an array of side holes through a side wall of said elongated plunger, wherein said side holes create turbulence in gas within said tubing string; and | Webber2 shows it is known to have an elongated plunger that ejects gas through side holes to maximize turbulence of fluid surrounding the plunger in order to clean out grooves and aid lift. See '768 at 3:26-30, Figs. 1-11. |
| rotating said elongated plunger about a longitudinal axis thereof, as said plunger travels through said tubing string in said plunger lift system. | Webber2 shows it is known to have an elongated plunger that travels through said tubing string in said plunger lift system that rotates as it travels, as rotation evens wear, aids in cleaning the tubing string, and increases turbulence. *See* '768 at 2:13-28, Figs. 1-5. Rotation is an inherent consequence of the use in plungers generally as they are travel through a tubing string. |
| 13. The method of controlling fluid flow in a tubing string, as recited in claim 12, including: | *See* analysis for claim 12 above. Webber2 shows it is known to have a plunger that controls fluid flow in a tubing string. *See* '301 at 1:15-60, claims 1-5, Figs. 1-4. |
| arranging an elongated bore in said plunger from said lower end thereof; and | Webber2 shows it is known to incorporate an elongated bore within the plunger body, as it was well known at the time of the invention to provide bores within a plunger designed to |

5

| | |
|---|---|
| | perform plunger lift in a gas producing well. *See* '768 at Figs. 1-11. |
| arranging a plurality of fins on a lower end of said plunger. | Webber2 shows it is known to have a plunger with fins on its lower end. *See* '768 at Figs. 1-11. |
| 14. The method as recited in claim 13, wherein said fins are arranged in a spiral with respect to said longitudinal axis of said bore. | *See* analysis for claim 13 above. Webber2 shows it is known to have a plunger with fins arranged in a spiral where rotation is desired because the spiral arrangement of the fins would induce rotation. *See* '768 at Figs. 1-11. |
| 15. The method as recited in claim 13, including: spinning said plunger about its longitudinal axis so as to generate turbulence in gas surrounding said plunger as said plunger travels through said tubing string in an oil and gas well lift system. | *See* analysis for claim 13 above. Webber2 shows it is known to have a plunger that rotates and generates turbulence in order to clean out grooves and aid lift. *See* '768 at 2:13-28, Figs. 1-4. Spinning of a plunger is an inherent consequence of the use in plungers generally as they travel through a tubing string. |
| 16. A method of cleaning interior walls of a tubing string in a plunger lift system of an oil and gas well wherein an elongated plunger controllably travels vertically therethrough, comprising: | Webber2 shows it is known that an elongated plunger may travel through a tubing string and clean the walls of the tubing string by removing paraffin and other contaminants. *See* '768 at 1:15-60, claims 1-5, Figs. 1-4. |
| arranging an array of fins on a lower end of said elongated plunger, wherein said fins have a sharp edge in close proximity to said walls of said tubing string; | Webber2 shows it is known that an elongated plunger may have an array of fins with a sharp edge and in close proximity to the walls of the tubing string in order to clean/scrape the tubing walls which was a well-known function of plungers. *See* '768 at 1:51-60, 4:43-66, Figs. 1-4. |
| rotating said elongated plunger about a longitudinal axis thereof, as said plunger travels through said tubing string in said plunger lift system; | Webber2 shows it is known to have an elongated plunger that rotates along a longitudinal axis as the plunger moves through the tubing string. *See* '768 at 2:13-28, Figs. 1-4. Rotation is an inherent consequence of the use in plungers generally as they are travel through a tubing string. |
| cleaning said walls of said tubing string by said sharp edges of said fins, as said rotating plunger travels vertically therethrough; and | Webber2 shows it is known to have a plunger that cleans the walls of the tubing string by sharp edges of fins, as the rotating plunger travels through the tubing string, as that is what would necessarily happen by rotating a plunger with fins. *See* '768 at 1:15-60, Figs. 1-4. |
| ejecting gas through said an angled arrangement of at least one side hole from a central bore to the outside said plunger to maximize turbulence of fluid | It would have been inherent from Webber2 to eject gas through angled side holes from a central bore to the outside said plunger to maximize turbulence of fluid surrounding said plunger as it travels in said tubing string in said oil and gas |

6

| | |
|---|---|
| surrounding said plunger as it travels in said tubing string in said oil and gas well life system. | well life system in order to clean out grooves and aid lift. *See* '768 at 3:26-30, Figs. 1-11. |